# United States District Court

## Eastern District of Michigan

U.S.A. vs. **Darren Robinson**                                  Docket No. 23CR30260

### Petition for Action on Conditions of Pretrial Release

      COMES NOW David Clifford, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Darren Robinson</u>, who was placed under pretrial release supervision by United States Magistrate Judge Honorable <u>R. Steven Whalen.</u> sitting in the court at <u>Detroit, Michigan,</u> on <u>June 26, 2023,</u> under the following conditions:

The defendant shall: 1) report as directed to pretrial services; 2) continue or actively seek employment; 3) not apply for or enter into any loan or other credit transaction without the previous written permission of pretrial services office or supervising officer; 4) surrender any passport o enhanced identification; 5) not obtain a passport or other international travel documents; 6) travel be restricted to the Eastern District of Michigan and the State of Florida; 7) reside at the bond address, and any changes in residence must be pre-approved by the supervising officer; 8) participate in the Location Monitoring Program on Curfew and pay the costs as directed; 9) do not open any financial accounts without pre-app.

**Respectfully presenting petition for action of court and for cause as follows**:

On November 30, 2023, at 10:41 a.m., the defendant's Southern District of Florida Pretrial supervision officer received a notification of a strap proximity tamper and a strap tamper, which normally confirms the bracelet has been removed. The Southern District of Florida pretrial officer advised all attempts to reach the defendant, including phone calls and text messages by this officer, have gone unanswered. The last known location of the bracelet is 247 11th Street Northeast, in Atlanta, Georgia. This is the address where the defendant was staying while meeting his attorneys. The defendant was given permission by Pretrial Services to travel by flight to Georgia to meet his attorney for the alleged civil offense.

On November 18, 2023, the defendant traveled to meet his attorneys with permission from Pretrial Services. The defendant was scheduled to return in one (1) week. However, on November 22, 2023, the defendant called and requested more time. The defendant was informed it was inappropriate to remain in a district away from his supervising district. The defendant agreed to return on November 29, 2023, as due to the holidays he had not able to meet with his attorneys as planned. On November 29, 2023, the defendant reported he found a flight and would return on November 30, 2023. The defendant reported he needed one last day to sign paperwork with his attorneys.

Pretrial Services is requesting a warrant. Assistant United States Attorney Andrew Yahkind and Defense Counsel Zach Intrater have been notified of these concerns and alleged violation.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> Executed on November 30, 2023
>
> Respectfully,
>
> s/ David Clifford
> United States Pretrial Services Officer
>
> Place: <u>Detroit, Michigan</u>

**THE COURT ORDERS:**

[ ]    No Action

[✓]    Modification of Pretrial Conditions as Requested

[ ]    Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ ]    The Issuance of a Warrant [check one of the below]
      [ ]    Defendant to appear before the Judge assigned to the case
      [ ]    Defendant to appear before the Duty Magistrate Judge

[ ]    The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]    Other

ORDER OF COURT

Considered and ordered this <u>30th</u> day of <u>November</u>, 20<u>23</u> and ordered filed and made a part of the records in the above case.

_____
*Elizabeth A. Stafford*
United States Magistrate Judge Elizabeth A. Stafford